**DISTRICT OF COLUMBIA, a Municipal Corporation, Appellant, v. Celia LEVENSON, Appellee.**

No. 5501.

Court of Appeals of the District of Columbia.

Argued May 6, 1932.

Decided June 13, 1932.

Rehearing Denied Oct. 8, 1932.

William W. Bride and Robert E. Lynch, both of Washington, D. C., for appellant.

T. Morris Wampler, of Washington, D. C., for appellee.

Before MARTIN, C. J., and ROBB, VAN ORSDEL, HITZ, and GRONER, Associate Justices.

GRONER, Associate Justice.

It was stipulated that this case would be controlled by No. 5500, District of Columbia v. Mary Chessin, 61 App. D. C. 260, 61 F. (2d) 523, decided this day, and since we have affirmed in No. 5500, this case should be, and therefore is, likewise, affirmed.

Affirmed.